IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DORIS THRUSH, Individually, and as Administrator of the Estate of Charlie Thrush, Deceased, and as Next Friend and Natural Mother of minors, H.T. and A.T.,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA, LLC<br><br>Defendant. | Case No. 22-cv-02345 |

## NOTICE OF FRIENDLY SETTLEMENT HEARING

TO: A11 parties and attorneys of record:

Plaintiff has entered into a settlement agreement to resolve all claims against Defendant, CNH INDUSTRIAL AMERICA, LLC. A settlement hearing in the above entitled matter will be heard before U.S. Magistrate Judge Teresa J. James on Tuesday, October 10, 2023, at 1:30 p.m. at the Robert J. Dole US Courthouse, 500 State St., Suite 208, Kansas City, KS 66101, to seek court approval of the settlement as being in the interests of Plaintiff and her minor children and to approve attorney fees and expenses. This hearing is to resolve all claims Plaintiff has against the Defendant.

FIELDS LAW FIRM, LLC
*/s/ Benjamin C. Fields*
Benjamin C. Fields, KS #22209
1600 Genessee Street, Suite 860
Kansas City, Missouri 64102
(816) 659-9970 – telephone
(816) 659-9969 – facsimile
ben@fieldslawkc.com

And

NEUSTROM AND ASSOCIATES, LLC
*/s/ Patrik W. Neustrom*
Patrik W. Neustrom,  KS # 9360
118 South Seventh Street
Salina, Kansas 67401
(785) 825-1505 - Telephone
(785) 827-2425 - Facsimile
patrik@neustrom.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2023, a copy of the above and foregoing Notice of Friendly Settlement Hearing was served on all counsel of record by electronic mail, in pdf. format and hard copies were mailed via US certified mail, return receipt requested to:

Jinell Morris
8914 E. Oklahoma Place
Tulsa, OK  74115

Netiasha Kanada
624 E. 12th
Okmulgee, OK  74447

Tesia Thrush, Odell
737 Fairdale Rd., #4G
Salina, KS  67401

Josh Thrush
Larned State Hospital
1301 Kansas Highway 264
Larned, KS 67550

Christopher Thrush
8905 W. 63rd Ave.
Arvada, CO  80004

*/s/ Patrik W. Neustrom*
Patrik W. Neustorm