IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DORIS THRUSH, Individually, and as Administrator of the Estate of Charlie Thrush, Deceased, and as Next Friend and Natural Mother of minors, H.T. and A.T.<br><br>Plaintiff<br><br>v.<br><br>CNH INDUSTRIAL AMERICA, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 22-cv-02345-TJJ<br>)<br>)<br>)<br>)<br>) |

### ORDER REGARDING SETTLEMENT

NOW on this 16th day of November, 2023, this matter comes before the Court on the Supplemental Joint Motion for Approval of Wrongful Death Settlement and Apportionment of Settlement Proceeds (Dkt. #86) filed on November 2, 2023. Plaintiff Doris Thrush, as spouse and heir-at-law of Charlie Thrush, deceased, and as Natural Mother and Next Friend of minor children, H.T. and A.T. heirs-at-law of their natural father, Charlie Thrush, deceased (collectively, "Plaintiffs"), appear by and through counsel, Patrik W. Neustrom of Neustrom and Associates, LLC and Benjamin C. Fields of Fields Law Firm. Defendant CNH Industrial America LLC ("CNH" or "Defendant") appears by and through counsel, Nicholas C. Pappas, Maureen A. Bickley, and Haley A. Johnston of Frost Brown Todd LLP and Patrick A. Edwards and Zachary H. Hemenway of Stinson LLP. Plaintiffs and Defendant are collectively the "Parties".

Upon consideration of the pleadings in this matter, evidence presented to the Court during the Settlement Approval Hearing on October 10, 2023 (the "Hearing"), statements from counsel, and being otherwise well and duly informed in the premises, the Court finds as follows:

1. Charlie Thrush was killed in a farming accident on October 5, 2021, in Lincoln County, Kansas while he was operating a CASE Model 1840 Skid Steer Loader that was manufactured by Defendant.

2. At the time of his death, Charlie Thrush was survived by his wife and heir-at-law, Doris Thrush, his minor children H.T. and A.T. from his marriage with Doris Thrush, and his adult children from his previous relationships.

3. In addition to being Charlie Thrush's surviving spouse, Plaintiff Doris Thrush is the duly appointed Personal Representative of the Estate of Charlie Thrush, Deceased. Doris Thrush is also the Natural Mother and Next Friend of minor children, H.T. and A.T., heirs-at-law of their natural father, Charlie Thrush, deceased.

4. On August 31, 2022, Plaintiffs filed the above-captioned lawsuit against CNH in the District of Kansas, asserting claims related to Charlie Thrush's farming accident and death including (i) a product liability claim sounding in strict products liability pursuant to the Kansas Product Liability Act at K.S.A. § 60-3301, *et seq.*, (ii) a product liability claim sounding in negligence pursuant to the Kansas Product Liability Act at K.S.A. § 60-3301, *et seq.*, and (iii) a breach of warranty claim pursuant to the Kansas Consumer Protection Act at K.S.A. § 50-623, *et seq.*;

5. CNH denies any liability or other wrongdoing for Charlie Thrush's farming accident and death, and CNH further denies the allegations asserted against it by Plaintiffs and denies any liability for Plaintiffs' claims in the above-captioned lawsuit.

6. Having taken into consideration the expense, delay, and uncertainty of trial, the Parties have reached a confidential settlement in the above-captioned lawsuit that releases, waives, discharges, and otherwise satisfies all claims, causes of action, and damages that Plaintiffs have or

might have against Defendant, which may now exist or in the future may arise by reason of Charlie Thrush's accident, injuries, and death, all as more fully and completely set forth in the Confidential Settlement and Release Agreement and corresponding exhibits that were filed provisionally under seal at Dkt. #84 on October 31, 2023 (collectively, the "Confidential Settlement and Release Agreement"), which is incorporated by reference herein.  The release includes any potential claims which could have been asserted including any estate action for conscious pain and suffering, which the Parties stipulate is not likely supported by the evidence. The proceeds being paid herein are for claims of wrongful death.

7. Charlie Thrush's adult children, Tesia O'Dell and Christopher Thrush, appeared by Zoom at the Hearing on October 10, 2023.  Plaintiffs' counsel provided the required statutory notice of the Hearing and settlement to the rest of Charlie Thrush's adult children, including

   a. Natasha Kanada via Certified Mail, Return Receipt on September 23, 2023,

   b. Joshua Thrush via Certified Mail, Return Receipt on September 21, 2023, and

   c. Jinelle Morris via telephone and email correspondence on October 6, 2023.

None of the other adult heirs attended the Hearing or otherwise contacted Plaintiffs' counsel with any objections to the settlement, total settlement amount, or proposed settlement allocation.

8. At the Hearing, Tesia O'Dell and Christopher Thrush conveyed their objection to the proposed settlement allocation, and they voiced the same objection on behalf of their brother Joshua Thrush who was not present at the Hearing.  However, these adult heirs did not object to the settlement itself or the total settlement amount.

9. After the Hearing, Plaintiffs reached an agreement with Tesia O'Dell, Christopher Thrush, and Joshua Thrush regarding settlement allocation, resolving all of their objections asserted at the Hearing, as set forth in the Confidential Settlement and Release Agreement.

10. Taking into consideration the nature of the claims and the disputed liability in the above-captioned lawsuit, Plaintiffs believe it is in their best interest and advantage to accept the offer of compromise and settlement of the wrongful death claims in the amount set forth in the Confidential Settlement and Release Agreement, and Plaintiffs desire to accept and have accepted this offer, subject to approval by the Court.

11. Plaintiffs retained the services of attorneys at the law firms of Neustrom and Associates, LLC and Fields Law Firm to advance their claims and have entered into a contract whereby Plaintiffs agreed to reimburse their attorneys for their expenses and to pay them reasonable attorney's fees, as more fully and completely set forth in the Confidential Settlement and Release Agreement.

12. Plaintiffs understand that they are entitled to a jury trial of this matter but agree to waive this right to a jury trial. Plaintiffs therefore submit all issues of this settlement to the Court for determination and approval.

13. Plaintiffs understand that if the Court approves this settlement that Doris Thrush and all of the heirs of Charlie Thrush are forever barred from recovery from Defendant or related entities or individuals, because of or otherwise arising from Charlie Thrush's farming accident, injuries, or death.

NOW, WHEREFORE, the Court orders, adjudges, and decrees as follows:

That the settlement of Plaintiffs' wrongful death claims and dismissal of the entire above-captioned lawsuit with prejudice against Defendant, as further set forth in the Confidential Settlement and Release Agreement, is fair and reasonable;

That Plaintiffs shall pay Plaintiffs' attorneys their attorney's fees and expenses in the amounts set forth in the Confidential Settlement and Release Agreement;

That the balance of the sum of proceeds shall be apportioned to Doris Thrush, minor children H.T. and A.T., and adult heirs Tesia O'Dell, Christopher Thrush, and Joshua Thrush, in accordance with the terms of the testimony at the Hearing, and in the specific amounts more fully and completely set forth in the Confidential Settlement and Release Agreement. The sums allocated to the minor children are reasonable, and in their bests interests and are approved by the Court;

That Plaintiffs will be responsible for satisfying any outstanding valid medical liens, and Plaintiffs agree to indemnify Defendant as to any and all valid statutory liens;

That Plaintiffs executed the Confidential Settlement and Release Agreement binding on Doris Thrush, the minor children H.T. and A.T., and all of the other heirs of Charlie Thrush, discharging Defendant and any related entities or individuals for any and all of Plaintiffs' claims, causes of action, or damages, including attorney's fees, Medicare and Medicaid liens, valid liens of any third-party provider of medical care, and any other claims, causes of action, or damages arising out of or otherwise in any way related to Charlie Thrush's farming accident, injuries, or death.

That Plaintiffs shall execute all other documents, including a Stipulation of Dismissal with Prejudice, as necessary to conclude this settlement;

That costs will be borne by each party;

That the respective attorney's fees and expenses are approved as fair, just, and reasonable pursuant to the meaning of K.S.A. § 7-121(b).

IT IS SO ORDERED.

IT IS HEREBY FURTHER ORDERED THAT the Supplemental Joint Motion for Approval of Wrongful Death Settlement and Apportionment of Settlement Proceeds (Dkt. #86) filed on November 2, 2023 is GRANTED.

SIGNED this 16th day of November, 2023, in Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge